# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5079

_____

ANGELA AGUILAR,

Appellant,

v.

FACILITY IMS, LLC/AMERISURE
INSURANCE,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Walter J. Havers, Judge.

Date of Accident: May 11, 2017.

August 2, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando; Lissette Gonzalez and Kip O. Lassner of Cole, Scott & Kissane, P.A., Miami, for Appellees.